UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPTRASCAN, INC.,

Plaintiff,

v.

DANIEL WIESE, et al.,

Defendants.

Case No. 24-cv-07979-PCP

**ORDER TO SHOW CAUSE**

On May 19, 2025, the Court granted plaintiff OptraSCAN, Inc.'s motion for assistance in sending letters rogatory for the purpose of serving defendants located in the Republic of South Africa. *See* Dkt. No. 20. That order instructed the Clerk of Court to execute the letters rogatory attached to OptraSCAN's motion. But to do so, the Clerk required additional documentation from OptraSCAN—specifically, a summons. So the Clerk contacted OptraSCAN to request a proposed summons for issuance. More than a year later, OptraSCAN has neither responded to the Clerk's office nor provided a proposed summons. As a result, defendants have yet to be served. And OptraSCAN has not filed anything in this case for fifteen months.

Accordingly, OptraSCAN is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). By no later than September 7, 2026, OptraSCAN shall file a statement explaining its failure to respond to the Clerk and indicating whether it intends to continue litigating this action. The statement shall not exceed 5 pages in length. In the alternative, if OptraSCAN does not intend to proceed with the litigation, it may file a notice of voluntary dismissal in lieu of a response.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 11, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California